IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANA NYQUIST, | ) | CASE NO. 8:10CV426 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| FREEDOM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came to be heard on the 20th day of May, 2011, upon the stipulation of the parties hereto to dismiss the above-captioned action, with prejudice, each party to pay their own costs, complete record waived. The Court, being fully advised, accepts the stipulation and enters this order accordingly.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claims in this matter are hereby dismissed, with prejudice, each party to pay their own costs, complete record waived.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge


Prepared and Submitted By:

Mark E. Novotny
LAMSON, DUGAN AND MURRAY
10306 Regency Parkway Drive
Omaha, NE 68114-3743
(402) 397-7300
Fax: (402) 397-7824
Email: mnovotny@ldmlaw.com
Counsel for Defendant